claim to the proceeds of the sale already had under the judgment of foreclosure, and perfect its appeal, place the case on the next calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs. Motion to open default granted, without costs.

GRANNIS, Respondent, v. EWELL, Appellant. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by Elizabeth B. Grannis against James W. Ewell. A. W. Haywood, of New York City, for appellant. D. J. Gladstone, of New York City, for respondent. No opinion. Determination (76 Misc. Rep. 484, 135 N. Y. Supp. 588) affirmed, with costs, on opinion at Appellate Term. Order filed.

GRASS v. VAN DYCK GRAVURE CO. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by William Grass against the Van Dyck Gravure Company. No opinion. Motion denied, with $10 costs. Order signed.

GRAY, Respondent, v. WATERBURY CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 13, 1912.) Action by John P. Gray, an infant, by John Stetz his guardian ad litem, against the Waterbury Company. No opinion. Judgment and order unanimously affirmed, with costs.

GREGA, Respondent, v. WESTERN ELECTRIC CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 6, 1912.) Action by Catharine Grega, an infant, by John Stetz, her guardian ad litem, against the Western Electric Company. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, for errors in the ruling of the Trial Court as to the admission and rejection of evidence appearing at folios 162, 258, 259, 260, 261, 262, and 266.

GREIF, Respondent, v. BUFFALO, L. & R. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 27, 1912.) Action by Catherine Greif, as administratrix, etc., against the Buffalo, Lockport & Rochester Railway Company. No opinion. Appeal dismissed, without costs, upon stipulation filed. See, also, 145 App. Div. 910, 129 N. Y. Supp. 1125.

GRIBBEN, Respondent, v. HASTINGS HOMES CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 22, 1912.) Action by John Gribben against the Hastings Homes Company. No opinion. Motion granted, without costs, and order resettled in the form presented by the defendant appellants. See, also, 136 N. Y. Supp. 1136.

GRIFFIN v. FLANK. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by Katherine Griffin against Michael L. Flank. No opinion. Application denied, with $10 costs. Order signed. See, also, 132 App. Div. 334, 117 N. Y. Supp. 36.

GRISWOLD et al., Respondents, v. McDONALD et al., Appellants. (Supreme Court, Appellate Division, First Department. November 15, 1912.) Action by Almon E. Griswold and others against Chas. E. McDonald and others. L. Lowenstein, of New York City, for appellants. A. Ritchie, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GROTTE, Respondent, v. HUDSON, Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1912.) Action by Edward B. Grotte against George C. Hudson.

PER CURIAM. Motion denied, on condition that the appellant pay $10 costs, perfect his appeal, place the case on the next calendar of this court, and be ready for argument when reached; otherwise, motion granted, with costs.

GUMBINER, Respondent, v. REICH, Appellant, et al. (Supreme Court, Appellate Division, First Department. November 15, 1912.) Action by Nathan J. Gumbiner against Jacob Reich, impleaded with others. J. I. Wiener, of New York City, for appellant. S. N. Tuckman, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GUTTA PERCHA & RUBBER MFG. CO., Respondent, v. HOLMAN, Appellant. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by the Gutta Percha & Rubber Manufacturing Company against Charles J. Holman, as treasurer, etc. F. T. Case, of New York City, for appellant. F. Pierce, of New York City, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements, with leave to defendant to withdraw demurrer and to answer, on payment of costs. Order filed. See, also, 150 App. Div. 678, 135 N. Y. Supp. 766.

INGRAHAM, P. J., and McLAUGHLIN, J., dissent.

HABERLAND, Respondent, v. CITY OF NEW YORK, Appellant, et al. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by Katerina Haberland against the City of New York, impleaded with others. W. E. C. Mayer, of Brooklyn, for appellant. T. J. O'Neill, of New York City, for respondent. No opinion. Judgments and orders reversed, and new trial ordered, costs to appellant to abide event, on the ground that the finding of negligence on the part of the city